# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 18, 2022

## NO. 03-20-00395-CR

### Ex parte Damon Boyd

**APPEAL FROM THE 427TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH**
**REVERSED AND REMANDED -- OPINION BY JUSTICE SMITH**

This is an appeal from the order denying habeas corpus relief entered by the district court.
Having reviewed the record and the parties' arguments, the Court holds that there was reversible
error in the district court's order denying habeas corpus relief. Therefore, the Court reverses the
district court's order denying habeas corpus relief and remands the case for further proceedings.
Because appellant is indigent and unable to pay costs, no adjudication of costs is made.